JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SREAM, INC, a California corporation, | Case No. 5:16-cv-01394-AB-JCx |
| Plaintiff, | **[~~PROPOSED~~] JUDGMENT AGAINST DEFENDANT HANOUN HANOUN PURSUANT TO F.R.C.P. 55(b)** |
| v. | |
| HANOUN HANOUN, *et al.*, | |
| Defendants. | |

# JUDGMENT

Having considered Plaintiff's Motion and all documents and evidence attached thereto, and the court being fully advised, and good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiff on all claims except its Trademark Counterfeiting claim under 15 U.S.C. § 1116, and Hanoun shall be liable to Plaintiff in the amount of $54,200.00 (comprising statutory damages of $50,000, attorney's fees and costs in the amount of $4,200.00).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Hanoun, his agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concern or participation with him are permanently restrained and enjoined from infringing upon the RooR Marks[1] directly or contributorily, in any manner, including but not limited to:

(a) import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing advertising or promotion of the counterfeit RooR product identified in the complaint and any other unauthorized RooR product, counterfeit, copy or colorful imitation thereof;

///
///
///

---

[1] United States Trademark Registration Nos. 3.675.839, 2.307.176, and 2.235.638

(b) assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs (a) above.

**IT IS SO ORDERED.**

DATED:   December 20, 2016

_____
Hon. André Birotte Jr.
United States District Judge

**[PROPOSED] ORDER RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**